Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
        doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205

Colin A. Kelly (State Bar No. 266956)
E-mail: colin@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Ave., Suite F-110
Costa Mesa, CA 92626
Tel: (714) 850-1965
Fax: (714) 850-1592

Attorneys for Plaintiff
ORANGE COUNTY COASTKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRISTOL INDUSTRIES, LLC, a Delaware corporation,<br><br>Defendant. | Case No. 8:17-cv-00471-JVS-JCG<br><br>REQUEST FOR ENTRY OF CONSENT DECREE<br><br>Honorable Judge James V. Selna |

On November 17, 2017, the Court issued an Order pursuant to the parties' stipulation staying this case until January 16, 2018, in order to allow sufficient time for the United States Department of Justice and the United States Environmental Protection Agency their mandated 45-days to review the [Proposed] Consent Decree entered into by the parties on November 16, 2017.  *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5.  On December 22, 2017, the Department of Justice filed a letter with the Court indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree.  Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree filed with the Court contemporaneously with this request.

Respectfully submitted,

Dated:  December 22, 2017                    LOZEAU DRURY LLP

/s/ *Douglas J. Chermak*
Douglas J. Chermak
*Attorneys for Plaintiff* LOS ANGELES WATERKEEPER

Dated: December 22, 2017                    MONTGOMERY MCCRACKEN WALKER RHOADS LLP

/s/ *Eric Chang*
(as authorized on 12/22/17)
Eric Chang
*Attorneys for Defendant* BRISTOL INDUSTRIES, LLC